# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No. 3:18-cv-00410-RJC-DSC

**THE UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**BANK OF AMERICA CORPORATION,**

**Defendant.**

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings, filed November 5, 2018 (Docket No. 7). The parties request that the Court stay proceedings pending resolution of other litigation in this Court (Case No. 3:17-cv-00546) (the "Related Case").

For good cause shown, the parties' Motion is <u>granted</u> and proceedings in this case are <u>stayed</u>. The parties are directed to file a joint status report within fifteen days after the completion of the computations in the Related Case.

**SO ORDERED**.

Signed: November 9, 2018

David S. Cayer
United States Magistrate Judge

1